ARMED SERVICES BOARD OF CONTRACT APPEALS

Appeal of -                                    )
                                               )
Compass DX Consulting Group, LLC               )   ASBCA No. 62741-ADR
                                               )
Under Purchase Order No. 0000142000            )

APPEARANCE FOR THE APPELLANT:          Shavon J. Smith, Esq.
                                         The SJS Law Firm, PLLC
                                         Washington, D.C.

APPEARANCE FOR THE AUTHORITY:          Jon B. Crocker, Esq.
                                         Chief Counsel, Contracts
                                         Washington Metropolitan Area
                                          Transit Authority
                                         Washington, DC

ORDER OF DISMISSAL

The dispute has been settled.  The appeal is dismissed with prejudice.

Dated:  July 7, 2021

BRIAN S. SMITH
Administrative Judge
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 62741-ADR, Appeal of Compass DX Consulting Group, LLC, rendered in conformance with the Board's Charter.

Dated:  July 8, 2021

PAULLA K. GATES-LEWIS
Recorder, Armed Services
Board of Contract Appeals